UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14295-CIV-MARRA/SELTZER

REBECCA CARMODY, and
ALL OTHERS SIMILARLY SITUATED,

    Plaintiffs

vs.

FLORIDA CENTER FOR RECOVERY,
INC., a Florida corporation.

    Defendant.
_____/

**ORDER AND OPINION GRANTING PLAINTIFF'S MOTION TO ADD PLAINTIFF**

This Cause is before the Court upon Plaintiff's Motion to Join Hyacinth Reid (DE 81) filed on April 25, 2007.  Discovery in the case is closed and the calendar call is in late August.  Plaintiff requests an additional 30-45 days to conduct discovery for Hyacinth Reid.  Defendant filed its response, indicating it does not oppose the addition of the new Plaintiff, but requests all deadlines, including the calendar call, be pushed back sixty days.  As the parties agree that the new plaintiff should be allowed to join the suit, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's motion is **GRANTED (DE 81)** without prejudice to Defendant moving at a later date to extend other deadlines upon good cause shown based on any new discovery related to the addition of Hyacinth Reid.  Plaintiff may add Hyacinth Reid as an opt-in Plaintiff and the parties

may re-open discovery for thirty additional days.  As of now, the calendar call remains the same.[1]

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 1st day of June, 2007.

_____
KENNETH A. MARRA
UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record

---

[1] The Court had denied Plaintiff's earlier motion to amend the complaint by adding a new claim for straight time compensation.  The Court distinguishes the instant motion as the new opt-in Plaintiff is not alleging any new claims; rather Hyacinth Reid is simply alleging the same claims upon which the parties have already conducted discovery.